ORIGINAL

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

461113

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 00-00110DAE (01) |
| DENNIS ANTONE | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 4 2006

To: The United States Marshal and any Authorized United States Officer

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

YOU ARE HEREBY COMMANDED TO ARREST DENNIS ANTONE and bring him or her forthwith to the nearest district/ magistrate judge to answer a Violation Notice, charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED

RECEIVED
2006 AUG 15 PM 2:34
U.S. MARSHALS SERVICE
HONOLULU, HI.

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *Signature* | AUGUST 14, 2006 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL        By: David Alan Ezra, United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ . | | |
| Date Received 8/15/06<br>Date of Arrest 9/13/06 | NAME AND TITLE OF ARRESTING OFFICER<br>Tony Cole<br>DUSM | SIGNATURE OF ARRESTING OFFICER<br>*Tony Cole* |