# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/15/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR 00-00110DAE

CASE NAME:         USA v. Dennis Antone

ATTYS FOR PLA:     Thomas Koenig

ATTYS FOR DEFT:    Shanlyn A.S. Park

INTERPRETER:

| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
|---|---|---|---|
| DATE: | 09/15/2006 | TIME: | 10:29 - 10:30 |

COURT ACTION:  EP: Order to Show Cause Why Supervised Release Should Not be Revoked - deft present in custody.

Probable cause found.
Further Order to Show Cause and Sentencing set for 10/10/06 @ 2:15 p.m., DAE.

Defendant remanded to the custody of the U.S. Marshal.

Submitted by Richlyn W. Young, courtroom manager