# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/16/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 00-00110DAE |
| CASE NAME: | USA v. Dennis Antone |
| ATTYS FOR PLA: | Flo Nakakuni |
| ATTYS FOR DEFT: | Shanlyn Park |
| USPO: | J. Martin Romualdez |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 10/16/2006 | TIME: | 11:00am-11:20am |

COURT ACTION:  EP: Order to Show Cause Why Supervised Released Should Not Be Revoked.

Defendant Dennis Antone present in custody.

Defendant admits to all violations.

Order to Show Cause Why Supervised Released Should Not Be Revoked-REVOKED.

SENTENCE:

Imprisonment:  TIME SERVED

Supervised Release:  36 MONTHS

CONDITIONS:

    That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

    That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office.  The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

- That the defendant shall participate in the residential substance abuse treatment program at the Salvation Army Adult Rehabilitation Center until clinically discharged. Failure to complete the program successfully will constitute a violation of supervised release, unless the defendant is discharged for reasons beyond his control or unrelated to his non-compliance with program requirements.

- That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

- Without the prior approval of the Probation Office, the defendant shall not enter the "Operation Weed and Seed" target area which is bordered by Lunalilo Freeway, Nuuanu Avenue, Bethel Street, Nimitz Highway, North King Street, Dillingham Boulevard, and Kokea Street, as depicted in the map to be attached to the Judgment.

- The defendant shall report for drug testing when instructed to do so. Any unexcused failure to report for drug testing will constitute a refusal to comply with drug testing and will constitute a violation of supervised release.

Defendant advised of his right to appeal.

Defendant to be released to the Office of The Public Defender by the U.S. Marshals.

Submitted by: Theresa Lam, Courtroom Manager