ORIGINAL    46113

# UNITED STATES DISTRICT COURT
## District of Hawaii

RECEIVED
2007 AUG -9 PM 3: 16
U.S. MARSHALS SERVICE
HONOLULU, HI.

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 00-00110DAE(01) |

Dennis Antone

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST Dennis Antone and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 13 2007

at 10 o'clock and 30 min A M.
SUE BEITIA, CLERK

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| [signature] | 08/09/07 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL       By: David Alan Ezra, United States District Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____.

| Date Received<br>Aug 9, 2007<br>Date of Arrest<br>Aug 13, 07 | NAME AND TITLE OF ARRESTING OFFICER<br>Toy Cole<br>DUSM | SIGNATURE OF ARRESTING OFFICER<br>[signature] |
|---|---|---|