# MINUTES

CASE NUMBER:      CR 00-00110DAE

CASE NAME:        USA v. Dennis Antone

ATTYS FOR PLA:    Tracy A. Hino

ATTYS FOR DEFT:   Shanlyn A.S. Park

INTERPRETER:

JUDGE:   Barry M. Kurren          REPORTER:   C6F

DATE:    08/16/2007               TIME:       10:40 - 10:41

COURT ACTION:  EP: Initial Appearance to the Order to Show Cause Why Supervised Release Should Not be Revoked - deft present in custody. P.O. Martin Romualez present.

Probable cause found.
Order to Show Cause Why Supervised Release Should Not be Revoked is set for 8/20/2007 @ 10:30 a.m., DAE.

Deft remanded to custody of U.S. Marshal.

cc: Thomas C. Koenig

Submitted by Richlyn Young, Courtroom Manager