# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 00-00110DAE |
| CASE NAME: | United States of America Vs. Dennis Antone |
| ATTYS FOR PLA: | Thomas C. Koenig and Probation Officer-J. Martin Romualdez |
| ATTYS FOR DEFT: | Shanlyn A. S. Park |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 08/20/2007 | TIME: | l0:25am-l0:38am |

COURT ACTION:  EP: Order to Show Cause Why Supervised Release should not be Revoked-Defendant present in Custody.

Defendant admits to alleged Violations of Supervised Release No.s' 1, 2 and 3 as stated in the Request for Course of Action filed on 8/9/2007.

Court hereby finds that the Defendant did violate Conditions of Supervised Release and hereby Revokes the Defendant's Supervised Release.

Defendant addresses the Court.

Sentence-

Imprisonment-20 Months

Mittimus Forthwith.

Court Recommendation: 1. Prison Facility-FDC-Honolulu, Hawaii
  2. Drug Treatment
  3. Mental Health Treatment
  4. Educational/Vocational Training

No Further Supervised Release Term will be imposed.

Defendant advised of his right to Appeal.

Submitted by Leslie L. Sai, Courtroom Manager