

ORIGINAL    FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 28 2007

at ___ o'clock and _3O_ min, __ M.
SUE BEITIA, CLERK

AO 245D    (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocation

# United States District Court
## District of Hawaii

UNITED STATES OF AMERICA
v.
### DENNIS ANTONE
(Defendant's Name)

### JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)

Criminal Number:    **1:00CR00110-001**
USM Number:    88146-022

### Shanlyn A. S. Park, AFPD
Defendant's Attorney

## THE DEFENDANT:

[✔]    admitted guilt to violation of condition(s)   _General Condition, Special Condition No. 1, Special Condition No. 5,_ _Standard Condition No. 7,_   of the term of supervision.

[ ]    was found in violation of condition(s) _____ after denial or guilt.

| **Violation Number** | **Nature of Violation** | **Date Violation Occurred** |
|---|---|---|
| See next page. | | |

        The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

        It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:    **0207**

Defendant's Residence Address:
**Honolulu, Hawaii 96817**

Defendant's Mailing Address:
**Honolulu, Hawaii 96781**

August 20, 2007
Date of Imposition of Sentence

Signature of Judicial Officer

**DAVID ALAN EZRA**, United States District Judge
Name & Title of Judicial Officer

AUG 2 8 2007

Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

| | | |
|---|---|---|
| CASE NUMBER: | 1:00CR00110-001 | Judgment - Page 2 of 3 |
| DEFENDANT: | DENNIS ANTONE | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | On 6/26/2007 and 7/29/2007, the defendant refused to comply with drug testing imposed as a condition of supervised release. | |
| 2 | On 7/23/2007, the defendant provided a urine specimen that tested positive for methamphetamine. | |
| 3 | On 8/4/2007, the defendant admitted that he had used methamphetamine. | |

AO 245B    (Rev. 6/05) Judgment in a Criminal Case
           Sheet 2 - Imprisonment

CASE NUMBER:        1:00CR00110-001                                    Judgment - Page 3 of 3
DEFENDANT:          DENNIS ANTONE

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 20 MONTHS

[✔]    The court makes the following recommendations to the Bureau of Prisons:
       FDC, Honolulu, Hawaii.

       That the defendant participate in drug treatment and mental health treatment.

       That the defendant participate in educational and vocational training programs.

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before _ on ___.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

                                                        _____
                                                        UNITED STATES MARSHAL

                                                By      _____
                                                        Deputy U.S. Marshal